**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-93S** **DATE: August 31, 2005**

**TITLE: USA v. ROGELIO RODRIGUEZ-LUNA**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Richard Rose, AUSA
Kevin Fitzgerald, Esq.
Maureen Bradley, Pretrial Services
Ana-Cecelia Rosado, Spanish Interpreter

**PROCEEDINGS:**

Arraignment and Detention Hearing:

Court appoints Federal Public Defender
Court informs Deft of rights and charge.
Deft understands rights and charge.
Deft pleads not guilty.
Arraignment order entered by Court.
Govt requests detention.
INS detainer.
No argument.
Deft remanded to custody.