AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Rogelio Rodriguez-Luna Case Number: CR05-93S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Rodriguez-Luna

I certify that I am admitted to practice in this court.

8-30-05
Date

[signature]
Signature

KEVIN J. FITZGERALD 5775
Print Name Bar Number

10 WEYBOSSET STREET Suite 300
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number