**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 05-93S** |
| | ) | |
| **ROGELIO RODRIGUEZ-LUNA** | ) | |

---

**NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY**

Now comes Rogelio Rodriguez-Luna, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment.

Respectfully Submitted
Rogelio Rodriguez-Luna,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

**Certification**

I hereby certify that I caused this motion to be delivered to AUSA Richard Rose, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 5th day of October, 2005.