UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-93S** **October 7, 2005**

**TITLE: USA V. ROGELIO RODRIGUEZ-LUNA**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**INTERPRETER: JOSE KLEINBERG**

**IN COURT: 9:31 A.M. - 10:05 A.M.**

---

**COUNSEL PRESENT:** **Government - Richard Rose, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the elements and the facts of this case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Counts I ; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, February 3, 2006 at 9:30 a.m.; Defendant remanded into custody.**