UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR. No. 05-093-S |
| | : |
| ROGELIO RODRIGUEZ - LUNA | : |

**GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

Now comes the United States and hereby moves pursuant to USSG § 3E1.1(b) that the defendant's offense level be reduced by one additional offense level for acceptance of responsibility.

As grounds for this motion, the government represents that: (1) the defendant qualifies for a decrease under subsection 3E1.1(a); (2) the offense level determined prior to the operation of subsection 3E1.1(a) is level 16 or greater; and (3) the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2006 I caused to be sent a true copy of the within Government's Motion to Decrease Offense Level for Acceptance of Responsibility to:

Kevin J. Fitzgerald, Esq.
Federal Public Defender
10 Weybosset Street
Suite 300
Providence, RI 02903

Dennis J. Jenkins
Supervising U.S. Probation Officer
U.S. Probation Office
36 Exchange Terrence, 3rd Fl.
Providence, RI 02903

Lisa M. Steele