UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0093S |
| | ) | |
| ROGELIO RODRIGUEZ-LUNA | ) | |

MOTION FOR SENTENCE CONSIDERATION

Now comes Rogelio Rodriguez-Luna, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, according to 18 U.S.C. § 3553(a). In *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005), the Supreme Court struck down the mandatory element sentencing guidelines, rendering them advisory only. 125 S. Ct. at 755-56. The Court must now sentence Mr. Rodriguez-Luna under 18 U.S.C. § 3553(a) in a reasonable manner. *Id.* at 765-68. After considering all the appropriate information in this case, the Court should conclude that the advisory guidelines call for a sentence significantly longer than what is sufficient to comply with 18 U.S.C. § 3553(a).

Respectfully Submitted
Rogelio Rodriguez-Luna,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903, and AUSA Richard Rose, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 23rd day of February, 2006.