10588833

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

Rogelio Rodriguez-Luna

**WARRANT FOR ARREST**

CASE NUMBER: CR05-93-

RECEIVED
U.S. MARSHALS SERVICE
MAY 29 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Rogelio Rodriguez-Luna
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title 18 United States Code, Section(s) 3583(d)

| | |
|---|---|
| Doreen L. Baldinelli | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| Doreen Baldinelli | May 25, 2007 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Pharr, Texas by USMS S/TX | | |
| DATE RECEIVED 05/29/2007 | NAME AND TITLE OF ARRESTING OFFICER Robert D Young DUSM | SIGNATURE OF ARRESTING OFFICER Robert D Young |
| DATE OF ARREST 06/07/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.