AO 94 (8/97) Commitment to Another District

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
ROGELIO RODRIGUEZ-LUNA

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR-01:05-CR-93-01S | M-07-2904-M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint ☒ Other (specify) SRT

charging a violation of U.S.C. §

**DISTRICT OF OFFENSE:** DISTRICT OF RHODE ISLAND (PROVIDENCE)

**DESCRIPTION OF CHARGES:**

Violated conditions of supervised release.

RECEIVED
UNITED STATES MARSHAL
2007 JUN 13 P 2:34
MCALLEN, TX

**CURRENT BOND STATUS:**

☐ Bail Fixed at

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☐ Government moved for detention and defendant detained pending detention hearing in District of Offense

☒ Other (specify) Defendant acknowledged identity and was held without bond pending transfer to District of Offense.

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☒ Yes Language: Spanish

**SOUTHERN DISTRICT OF TEXAS, McALLEN DIVISION**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 13, 2007
Date

Dorina Ramos
United States ~~Judge or~~ Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

United States District Court
Southern District of Texas
FILED

JUN 1 2 2007

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | D/RHODE ISLAND |
| vs | § | Case No. CR-05-93-01S |
| ROGELIO RODRIGUEZ-LUNA | § | (M-07-2904-M) |

**ORDER OF COMMITMENT**

The above-named defendant was arrested upon the Supervised Release Petition charging him with violating conditions of supervised release, imposed in the District of Rhode Island.

Defendant set for Identity, Preliminary Revocation and Detention Hearing: June 13, 2007, at 9:30 AM before U.S. Magistrate Judge Dorina Ramos.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dorina Ramos

Dated: 6/12/

Dorina Ramos
UNITED STATES MAGISTRATE JUDGE

AO 466 (Rev. 8/01) Waiver of Rule 40 Hearings

United States District Court
Southern District of Texas
FILED
JUN 13 2007
Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Rogelio Rodriguez-Luna
Defendant

## WAIVER OF RULE 40 HEARINGS
(All Criminal Cases)

JUDGE: Dorina Ramos M-07-2904-M

CASE NUMBER: 1:05cr0093-01S

I understand that charges are pending in the District District of Rhode Island alleging violation of SRT (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

***- Check one only -***

[ ] **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[✓] **PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
(4) a hearing under Rule 46 (c), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Rogelio Rodriguez
***Defendant***

[signature]
***Date*** ***Defense Counsel***

United States District Court
Southern District of Texas
FILED
JUN - 8 2007
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | Case No.CR05-93-01S<br>DISTRICT OF RHODE ISLAND |
| ROGELIO RODRIGUEZ-LUNA | § | ( M-07-2904-M) |

**ORDER APPOINTING COUNSEL**

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate and the case subsequently proceeds to United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

DONE at McAllen, Texas, on 6/8/07.

Dorina Ramos
UNITED STATES MAGISTRATE JUDGE

CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (McAllen)
# CRIMINAL DOCKET FOR CASE #: 7:07-mj-02904 All Defendants
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Rodriguez-Luna SRT Viol. D/Rhode Island Case No. CR-05-93-01S | Date Filed: 06/08/2007<br>Date Terminated: 06/27/2007 |

---

Assigned to: Magistrate Judge Dorina Ramos

**Defendant**

**Rogelio Rodriguez-Luna** (1)
*TERMINATED: 06/27/2007*

represented by **Federal Public Defender**
1701 W Hwy 83
Ste 405
McAllen, TX 78501-5159
956-630-2995
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2007 | 1 | Rule 5(c)(3) Documents Received from The District of Rhode Island as to Rogelio Rodriguez-Luna, filed.(cjones, ) (Entered: 06/18/2007) |
| 06/08/2007 | 2 | Financial Affidavit - CJA 23 by Rogelio Rodriguez-Luna (See General Order 2004-11), filed.(cjones, ) (Entered: 06/18/2007) |
| 06/08/2007 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defender for Rogelio Rodriguez-Luna ( Signed by Judge Dorina Ramos ) Parties notified. (cjones, ) (Entered: 06/18/2007) |
| 06/12/2007 | 4 | ORDER OF COMMITMENT as to Rogelio Rodriguez-Luna ( Signed by Judge Dorina Ramos ) Parties notified. (cjones, ) (Entered: 06/19/2007) |
| 06/13/2007 | | Minute Entry for proceedings held before Judge Dorina Ramos : Appearances:James Sturgis, AUSA; Arturo Vasquez, AFPD. (USPO: Julie Sanchez)(ERO: Candy Jones) (Interpreter: Woody Lewis/Used). IDENTITY, PRELIMINARY REVOCATION/DETENTION HEARING as to Rogelio Rodriguez-Luna held on 6/13/2007. Deft, through counsel, waives the Identity and Preliminary Revocation Hearing; Court finds Identity and Probable Cause. Deft, through counsel, requested transfer of revocation proceedings to McAllen Division. Ms. Julie Sanchez, U.S. Probation Officer, notified that the District of Rhone Island does not wish to transfer the revocation proceedings; Deft understood. Deft is ordered held without bond. Deft remanded to custody to be transferred to D/Rhode Island, ASAP., filed. (lcorbett, ) (Entered: 06/13/2007) |
| 06/13/2007 | 5 | WAIVER of Rule 40 Hearings by Rogelio Rodriguez-Luna, filed.(lcorbett, ) (Entered: 06/27/2007) |

| | | |
|---|---|---|
| 06/13/2007 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Rogelio Rodriguez-Luna. Defendant committed to the District of Rhode Island, Providence Division ( Signed by Judge Dorina Ramos ) Parties notified. (lcorbett, ) (Entered: 06/27/2007) |
| 06/26/2007 | 7 | LETTER/RULE 5 Papers sent to District of Rhode Island, Providence Division Division as to Rogelio Rodriguez-Luna, filed.(lcorbett, ) (Entered: 06/27/2007) |
| 06/27/2007 | | (Court only) ***Case Terminated as to Rogelio Rodriguez-Luna (lcorbett, ) (Entered: 06/27/2007) |