AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

US
v.
Rogelio Rodriguez Luna

## APPEARANCE

Case Number: 05-93S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Rodriguez

I certify that I am admitted to practice in this court.

7-11-7
Date

Signature


K Fitzgerald
Print Name

5775
Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281
Phone Number

(401) 528-4285
Fax Number