UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0093S |
| | ) | |
| ROGELIO RODRIGUEZ-LUNA | ) | |

---

MOTION TO CONTINUE VIOLATION HEARING

Now comes Rogelio Rodriguez-Luna, the Defendant in the above captioned matter, and hereby moves this Honorable Court to continue the hearing in this case, presently scheduled for July 24, 2007, for one week, to July 31, 2007. In support of this motion, counsel states that the requested time is needed to complete discussions with the government regarding violation conduct and further charging of Defendant for underlying conduct.

Respectfully submitted
Rogelio Rodriguez-Luna
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Stephen Dambruch, Assistant United States Attorney, on July 23, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0093S |
| | ) | |
| ROGELIO RODRIGUEZ-LUNA | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE VIOLATION HEARING

Mr. Rodriguez-Luna has moved to continue his hearing for a period of seven days. The government has alleged several instances of violation in this matter, most significant Mr. Rodriguez's presence in the United States. The government has not charged Mr. Rodriguez-Luna with illegal reentry at this time, but had been considering the issue when he was last before the Court. Due to scheduling and vacations, Defense Counsel has not been able to fully discuss the matter with Mr. Dambruch. This continuance will allow further discussion of the matter in an effort to resolve the pending violation.

Respectfully submitted
Rogelio Rodriguez-Luna
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Stephen Dambruch, Assistant United States Attorney, on July 23, 2007.

/s/ Kevin J. Fitzgerald