UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0093S |
| | ) | |
| ROGELIO RODRIGUEZ-LUNA | ) | |

---

OBJECTION TO REPORT AND RECOMMENDATION

Now comes Rogelio Rodriguez-Luna, the Defendant in the above captioned matter, by and through counsel, and objects to the Report And Recommendation of United States Magistrate Judge Lincoln D. Almond dated August 2, 2007 for the reasons stated in the accompanying memorandum.

Respectfully submitted
Rogelio Rodriguez-Luna
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephen Dambruch, Assistant United States Attorney, and Kurt O'Sullivan, United States Probation Officer, on August 15, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0093S |
| | ) | |
| ROGELIO RODRIGUEZ-LUNA | ) | |

---

MEMORANDUM IN SUPPORT OF OBJECTION TO REPORT AND RECOMMENDATION

Mr. Rodriguez-Luna objects to the Court's reference to alleged DUI offenses in its recommendation. The Magistrate Judge stated, "[a] factor to be considered here is the need to protect the public from further crimes by the Defendant. Here, Defendant's alcoholism and proclivity to drive while intoxicated presents a significant public danger." Report and Recommendation at 7. At the July 31, 2007, violation hearing Mr. Rodriguez-Luna admitted to violating the conditions of his supervised release based on his presence in the United States. The government specifically withdrew its allegations of violation based on DUI charges lodged against Mr. Rodriguez-Luna.[1] At that hearing Defense Counsel reminded the Court that it could not take those contacts into consideration for sentencing on violation. Despite that colloquy, the Court has seemed to take those allegations into account when determining the sentence recommendation. Mr. Rodriguez-Luna is presumed innocent of those allegations, he has not had any trial on those matters, and has valid defenses to those charges. In this instance it is not proper for the Court to consider

[1] The violation petition asserted that Pharr, TX, police arrested Mr. Rodriguez-Luna on September 10, 2006, and on April 29, 2007, on suspicion of DUI. The local police released Mr. Rodriguez-Luna on both occasions.

these untried allegations and these comments should be stricken from the report and recommendation.

Mr. Rodriguez further reserves his right to recommend and argue sentencing when he appears before District Judge Smith for sentencing.

Respectfully submitted
Rogelio Rodriguez-Luna
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephen Dambruch, Assistant United States Attorney, and Kurt O'Sullivan, United States Probation Officer, on August 15, 2007.

/s/ Kevin J. Fitzgerald